IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM E. PATIENT**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:20-cv-00419-AGF |
| **ALLSTAFF TECHNICAL** | ) | |
| **SOLUTIONS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William E. Patient, Defendant AllStaff Technical Solutions, Inc., and Defendant Leidos, Inc., by and through their respective attorneys of record, hereby stipulate that all claims in this matter are dismissed with prejudice, with each Party to bear their own statutory costs.

Dated: February 12, 2021

Respectfully submitted,

_/s/_ Douglas Ponder_____     _/s/_   Eric A. Todd (with permission)_____
PONDER ZIMMERMANN LLC              OGLETREE, DEAKINS, NASH, SMOAK &
Douglas Ponder, #54968MO             STEWART, P.C.
Jaclyn M. Zimmermann, #57814MO     Eric A. Todd, #46919MO
20 South Sarah Street                Mallory S. Zoia, #70377MO
St. Louis, Missouri 63108             7700 Bonhomme Avenue, Suite 650
(314) 272-2621                      St. Louis, Missouri 63105
(314) 272-2713 (fax)                 (314) 802-3935
dbp@ponderzimmermann.com           (314) 802-3936 (fax)
jmz@ponderzimmermann.com           eric.todd@ogletreedeakins.com
                                  mallory.zoia@ogletreedeakins.com

ATTORNEYS FOR PLAINTIFF

                                  ATTORNEYS FOR LEIDOS, INC.

*/s/* Karen J. Halbrook (with permission)
HALBROOK WOOD, P.C.
Karen J. Halbrook, #38919MO
Mitchell E. Wood, #59663MO
Paul E. Torlina,     #52798MO
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
(913) 529-1188
(913) 529-1199 (fax)
khalbrook@halbrookwoodlaw.com
mwood@halbrookwoodlaw.com

ATTORNEYS FOR ALLSTAFF TECHNICAL
SOLUTIONS, INC.